PROB 12C
(6/16)

Report Date: July 5, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 05 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rosalio Sanchez           Case Number: 0980 2:07CR02042-WFN-7

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

| | |
|---|---|
| Original Offense: | Distribution of Controlled Substance: Methamphetamine, 21 U.S.C. § 841(a)(1) & 8 U.S.C. § 2 |
| Original Sentence: | Prison - 135 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| | Date Supervision Commenced: February 22, 2016 |
| Defense Attorney: | Scott W. Johnson |
| | Date Supervision Expires: February 21, 2021 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Sanchez's conditions were reviewed with him on February 23, 2016. He signed his conditions acknowledging an understanding of his conditions, which includes mandatory condition number 2, as noted above. |
| | Mr. Sanchez was indicted in the Eastern District of Washington on April 18, 2017, under docket # 4:17CR06014-WFN-6, and charged with distribution of 50 grams or more of actual (pure) methamphetamine. He was arrested on June 5, 2017, in Tuscon, Arizona, and is currently awaiting extradition back to the Eastern District of Washington. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C
Re: Sanchez, Rosalio
July 5, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/05/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/5/17
Date